United States District Court
John Joseph Moakley Courthouse

---

Case No 103-CV-12639
Honorable Joseph L Tauro Judge

BAP MB-04-002   Motion To Stay
Pending Appellate Panel Ruling
Debtor / Robert Pingaro   Chapter 13
                         03-11854 CJK

---

I ask this court to stay pending Appellate Panel Ruling.

I ask this court to grant stay

Robert Pingaro
258 Central St
Saugus Mass
01906

MR Robert Pingaro

Chapter 13
03-11854 CJK

BAP MB-04-002

Date 3/16/04

UNITED STATES DISTRICT COURT

Robert Pinsano
Debtor 03-11854
CJK

MB 04-002

MOTION TO STAY
Pending Appellate Panel Ruling

CIRTIFICATE OF SERVICE

Robert Pinsano Debtor 03-11854
I Served Partie's Listed Below
BY US MAIL

Robert Pinsaro
254 Central ST
Saugus MASS
01906

Alexander Cataldo PC
894 MAIN ST
Norwell MASS 02061-2316
Amerquest Lower Heulann—

Ablitt + Caruolo PC
4 floor
333 North Ave
Wakefield MASS 01880
Amerquest Lower's

Date 3/16/04  MR Robert Pinsaro