UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERIQUEST MORTGAGE COMPANY, | * | |
| | * | |
| Plaintiff/Appellant, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-12639-JLT |
| | * | |
| | * | |
| ROBERT L. PINGARO, | * | |
| | * | |
| Defendant/Appellee. | * | |

ORDER

August 5, 2004

TAURO, J.

This court hereby orders that:

1. The above-captioned action is remanded to the United States Bankruptcy Court for the District of Massachusetts for reassignment and reconsideration of the order issued on September 24, 2003 in connection with the following case: In Re *Robert L. Pingaro*, 03-11854-CJK; and

2. The above-captioned action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

  /S/ Joseph L. Tauro
United States District Judge