Robert Pinsaro
253 Central St
Saugus Mass 01906
Dolton 03-11854
WCH
Proce

Federal District Court of Appeal
Boston Mass for the First Circuit

# NOTICE OF APPEAL
## And Motion
### Emergency

FILED IN CLERKS OFFICE
2005 FEB 18 P 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

FEE PAID
RPT # 602033
AMT $255.00
2/18/05 jr

1. To Vacate Judge Tauro Ruleing's And Order for Reassingment and Reconsideration on 8/5/2004 in the District of Mass court '03-cv-12639

2. And to Vacate Judge Hillman orders on Feb 15/2005 in the Bankruptcy court Boston Mass of Valuation Hearing and had hearing on Relief from Stay at the US Bankruptcy court Boston I ask this court to Vacate Thee order's for Relief From Stay in Judge Hillman court

   Robert Pinsaro
   03-11854
   WCH

3. And to Grant me Debtor a Hearing on These matter's or whatever this court see fit to Rule on this Appeal + motion Because I had no Due Process of Law

Proce Mr Robert Pinsaro
03-11854
Chapter 13   WCH

Feb/18/05

Robert Pingaro
358 Central St
Saugus Mass 01906
Debtor 03-11854
WC-14

Federal District Court of Appeal
Boston Mass

Pro Se

# NOTICE OF APPEAL
## AND MOTION
## Emergency

4' Look over this order by the court Amerquest to turn over in Judge Kenner court, Bankruptcy Boston Loan documents said documents to the Debtor Robert Pingaro in 1999 VOM given to Lender by Loan officer's Julie Grant in 1999 This order was given to Amerquest on 12/11/2003 This was not obed by Amerquest they did not turn over VOM given by Loan's officer's Loan officer's commited fraud in doing this Loan. To me Debtor Robert Pingaro I aske this court to order Amerquest to turn over VOM Loan documents to me - or this court

5. All I asked in this case is Justis

Feb/16/05
Pro Se

MR Robert Pingaro
03-11854
WC-14