## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12639

Ameriquest Mortgage Company

v.

Robert L. Pingaro

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 24, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/24/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-12639-JLT

Ameriquest Mortgage Company v. Pingaro et al
Assigned to: Judge Joseph L. Tauro
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 12/24/2003
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Robert L. Pingaro**  represented by  **Robert L. Pingaro**
258 Central Street
Saugus, MA 01960
PRO SE

**Plaintiff**

**Ameriquest Mortgage Company**  represented by  **Steven A. Ablitt**
Ablitt, Caruolo & DePasquale, LLP
333 North Avenue
4th Floor
Wakefield, MA 01880
781-246-8995
Fax: 781-246-8994
Email: SABLITT@acdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| Robert L. Pingaro | represented by | **Robert L. Pingaro**<br>(See above for address)<br>PRO SE |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2004 | 1 | MOTION for Leave to Appeal by Ameriquest Mortgage Company.(Gawlik, Cathy) (Entered: 01/05/2004) |
| 03/15/2004 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 1 Motion for Leave to Appeal (Abaid, Kim) (Entered: 03/15/2004) |
| 03/17/2004 | 2 | MOTION to Stay pending appellate panel ruling by Robert L. Pingaro.(Abaid, Kim) (Entered: 03/19/2004) |
| 03/31/2004 | 3 | Opposition re 2 MOTION to Stay filed by Ameriquest Mortgage Company. (Abaid, Kim) (Entered: 04/01/2004) |
| 04/01/2004 |  | Judge Joseph L. Tauro : Electronic ORDER entered denying 2 Motion to Stay (Abaid, Kim) (Entered: 04/02/2004) |
| 08/05/2004 | 4 | Judge Joseph L. Tauro : ORDER entered the action is remanded to the United States Bankruptcy Court for the District of Massachusetts for reassignment and reconsideration of the order issued on September 24, 2003 in connection with the following case: In re Robert L. Pingaro 03-11854-CJK; and the above captioned action is DISMISSED WITHOUT PREJUDICE. (Abaid, Kim) (Entered: 08/09/2004) |
| 08/13/2004 |  | Case transferred to the U.S. Bankruptcy Court in Boston; Certified copies of documents numbered 1-4, certified copy of transfer order and docket sheet sent to Clerk in that district. (Abaid, Kim) (Entered: 08/13/2004) |

| 02/18/2005 | 5 | NOTICE OF APPEAL as to 4 Order Dismissing Case, by Robert L. Pingaro. $ 255, receipt number 62233 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/10/2005. (Abaid, Kim) (Entered: 02/23/2005) |