**MANDATE**

# United States Court of Appeals
## For the First Circuit

03-12639

No. 05-1260

IN RE: ROBERT L. PINGARO,

Debtor,

---

AMERIQUEST MORTGAGE COMPANY,

Plaintiff - Appellee,

v.

ROBERT L. PINGARO,

Defendant - Appellant.

---

**JUDGMENT**

**Entered: March 23, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/23/05

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON
By_____
Appeals Attorney

[cc: Robert L. Pingaro, Steven A. Ablitt, Esq.]